No. 94–269. RUGIERO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–272. LEEDE EXPLORATION ET AL. v. NICOR EXPLORATION CO. Ct. App. Okla. Certiorari denied.

No. 94–276. NICHOLS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–278. GITTENS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 94–284. BIERI ET AL. v. UNITED STATES (two cases). C. A. 8th Cir. Certiorari denied.

No. 94–285. SMITH v. UNITED STATES (two cases). C. A. 10th Cir. Certiorari denied.

No. 94–288. GASKO ET UX. v. CELOTEX CORP. ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 94–296. OCZKOWSKI v. YUDES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 94–303. MEADE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–305. MOORE v. MEMBER DATA SERVICES, INC. C. A. 6th Cir. Certiorari denied.

No. 94–306. HENDRICKSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–307. THIEL v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 94–318. SALTARIS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–320. KNIGHT v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 94–345. GOETZ v. TORDOFF ET AL. C. A. 8th Cir. Certiorari denied.